UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARLON ALONZO SMITH, | No. 22-954 |
| Petitioner, | Agency No. A036-706-804 |
| v. | |
| MERRICK B. GARLAND, Attorney General, | ORDER |
| Respondent. | |

Before: BEA, CHRISTEN, and JOHNSTONE, Circuit Judges.

Judge Bea and Judge Christen voted to deny the petition for panel rehearing. Judge Johnstone voted to grant the petition for panel rehearing.

Judge Bea recommended denying the petition for rehearing en banc, and Judge Christen and Judge Johnstone so voted. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on the petition. Fed. R. App. P. 35.

The petition for panel rehearing and rehearing en banc (Dkt. 58) is DENIED.